# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Ali Shahrokhi, | Case No. 2:23-cv-00671-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Nicholas B. Boutos, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion for a fifteen-day extension of time to file his third amended complaint. (ECF No. 76). Plaintiff filed his motion on February 5, 2024, seeking to move the deadline from that day to February 20, 2024. (*Id.*). Defendants oppose Plaintiff's motion. (ECF No. 77). The Court finds that Plaintiff has demonstrated good cause for the extension he seeks, explaining that he is proceeding *pro se* and needs additional time to research his claims. *See* Fed. R. Civ. P. 6(b). The Court thus grants Plaintiff's motion.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 76) is **granted.** Plaintiff's third amended complaint shall be due **February 20, 2024.**

DATED: February 20, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE